IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDES,

    Plaintiff,

  v.

RAMZEN CHAUDHRY, et al.,

    Defendant.

                         /

No. C 07-04488 WHA

**CLERK'S NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not listed on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has scheduled a Case Management Conference for **February 28, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, the parties shall submit a joint case management conference statement.

    Parties requesting a continuance shall submit a stipulation and proposed order, if parties are unable to reach a stipulation, the requesting party shall submit an ex parte application and proposed order.

Dated: September 6, 2007                      FOR THE COURT,

                                                Richard W. Wieking, Clerk

                                                By: _____
                                                    Dawn K. Toland
                                                    Courtroom Deputy to the
                                                    Honorable William Alsup