THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>    Plaintiff,<br><br>v.<br><br>RAMZAN CHAUDHRY,<br>YASMEEN CHAUDHRY,<br><br>    Defendants.<br>_____/ | Case No.  C 07-4488 WHA<br><br>PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

February 14, 2008

                            S/Thomas N. Stewart, III
                              Attorney for Plaintiff

    C 07-4488 WHA                    1