1  MICHAEL E. BREWER, Bar No. 177912
   HARRY M. DECOURCY, Bar No. 230516
2  LITTLER MENDELSON
   A Professional Corporation
3  Treat Towers
   1255 Treat Boulevard, Ste. 600
4  Walnut Creek, CA  94596.3565
   Telephone: 925.932.2468
5  Facsimile: 925.946.9809

6  Attorneys for Defendants
   RAMZAN CHAUDHRY; YASMEEN
7  CHAUDHRY

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  MICHAEL FERNANDES,                Case No.  C07 4488 WHA

13            Plaintiff,              **CERTIFICATION OF INTERESTED
                                      ENTITIES OR PERSONS**
14       v.

15  RAMZAN CHAUDHRY; YASMEEN
    CHAUDHRY,
16
              Defendants.
17
            Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other
18
    than the named parties, there is no such interest to report.
19
    Dated: February 21, 2008
20

21
                                      /s/
22                                    HARRY M. DECOURCY
                                      LITTLER MENDELSON, P.C.
23                                    Attorneys for Defendants
                                      RAMZAN CHAUDHRY AND YASMEEN
24                                    CHAUDHRY

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94596.3565
925.932.2468

Firmwide:84351055.1 058626.1001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATE OF SERVICE BY MAIL**

I am employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Treat Towers, 1255 Treat Boulevard, Suite 600, Walnut Creek, California 94597. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 21, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

in a sealed envelope, postage fully paid, addressed as follows:

Thomas N. Stewart, III, Esq.
369 Blue Oak Lane
Second Floor
Clayton, California 94517

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 21, 2008, at Walnut Creek, California.

/s/
_____
Denisen Hartlove

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94596.3565
925.932.2468

Firmwide:84351055.1 058626.1001         2.
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS