MICHAEL E. BREWER, Bar No. 177912
HARRY M. DECOURCY, Bar No. 230516
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Ste. 600
Walnut Creek, CA 94596.3565
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendants
RAMZAN CHAUDHRY; YASMEEN CHAUDHRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>    Plaintiff,<br><br>v.<br><br>RAMZAN CHAUDHRY; YASMEEN CHAUDHRY,<br><br>    Defendants. | Case No. C07 4488 WHA<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

This Case Management Conference Statement is submitted to the Court jointly by the parties and their counsel.

**A.     Jurisdiction, Service of Complaint and Appearances By The Parties**

This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1331 for violations of the Americans with Disabilities Act ("ADA") of 1990, 42 U.S.C. 12101 et seq. Pursuant to supplemental jurisdiction, attendant and related causes of action arising from the same facts have also been brought under California law, including, but not limited to, violations of §§ 54, 54.1 and 55 of the California Civil Code. Venue is proper in this Court pursuant to 28 U.S.C. 1391 (b), and is founded on the fact that the location where Plaintiff experienced the alleged discrimination is located in this district and that Plaintiff's purported causes of action arose in this district. There are no issues with regard to personal jurisdiction.

Firmwide:84342180.1 058626.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94596.3565
925.932.2468

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1         Defendants have been served with the Complaint, and timely responses were filed.

**B.**    **Facts**

This is a disability access case brought under Title III of the ADA and related California law. Plaintiff alleges to be disabled and to have experienced disability access discrimination at the real property owned and operated by Defendants on five separate occasions. Plaintiff seeks an injunction, damages and attorneys fees. Defendants admit to owning the subject property, and to running a business establishment on the property that is open to the public. Defendants have denied the substantive allegations of Plaintiff's claims.

**C.**    **Legal Issues**

The legal issues include: (1) Whether the business run by Defendants has barriers to access which are readily achievable to remove; (2) Whether Defendants' business is in violation of ADAAG or California's Title 24 because of the date of original construction and alterations, if any; (3) the nature and extent of any damages, if any, suffered by Plaintiff; (4) Whether Plaintiff is entitled to, and the reasonable amount of, Plaintiff's attorneys' fees and costs.

**D.**    **Pending/Anticipated Motions**

No motions have been brought, nor are any anticipated.

**E.**    **Amendment of the Pleadings**

No amendments have been made to the pleadings, nor are any anticipated.

**F.**    **Evidence Preservation**

Defendants' have been informed of their general duty to preserve evidence. No issues in this respect are anticipated.

**G.**    **Disclosures**

The parties will make their initial disclosures by March 31, 2008.

**H.**    **Discovery**

The parties conducted their joint physical inspection of the property on February 14, 2008. No other discovery has been conducted by either party.

The scope of anticipated discovery includes depositions, interrogatories, requests for admission and document production requests. No limitations or modifications of the discovery rules

Firmwide:84342180.1 058626.1001    2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94596.3565
925.932.2468

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

are requested.

The parties proposed discovery plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure is as follows:

(1) No changes to the timing, form or requirement for disclosures under Rule 26(a) or local rule are requested. The parties will make their initial disclosures as indicated in paragraph G. above;

(2) Plaintiff will seek to discover the ownership of the subject property, the construction history, a detailed survey of the property by Plaintiff's Expert and, if Defendants assert a defense that the modifications requested by Plaintiff are unduly expensive, Defendants' income from the property.

(3) Defendant will seek to discovery details about Plaintiff's physical condition, facts about his alleged patronage of the business, Plaintiff's damages, in any, and the opinions of Plaintiff's expert.

(4) The parties do not seek any changes to the limitations on discovery imposed under the FRCP or Local Rules.

(5) The parties do not request any other orders, whether under Rules 16(b) and (c) or 26(c).

**I.    Class Actions**

This is a single plaintiff lawsuit.

**J.    Related Cases**

There are no related cases.

**K.    Relief**

Pursuant to Federal and State law, Plaintiff seeks an injunction and attorneys' fees. Based on State law, Plaintiff seeks monetary damages.

**L.    Settlement and ADR**

The prospects of settlement are excellent. ADR has not taken place and has not been discussed. However, the parties agree that a Settlement Conference with a Magistrate Judge would be helpful. No further discovery should be necessary to position the parties for settlement.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94596.3565
925.932.2468

**M.   Magistrate Judge**

The parties are not willing to consent to the jurisdiction of a magistrate judge for all purposes.

**N.   Other References**

No other references are appropriate.

**O.   Narrowing of Issues**

No narrowing of issues is presently appropriate.

**P.   Expedited Schedule**

This case is appropriate for an expedited schedule.

**Q.   Scheduling**

The Parties propose the following deadlines:

- Designation of Experts: October 1, 2008
- Discovery Cutoff: November 1, 2008
- Hearing of Dispositive Motions: January 1, 2009
- Pretrial Conference: March 1, 2009

**R.   Trial**

The parties request a bench trial with expected length of three days.

**S.   Disclosure of Non-Party Interested Entities or Persons**

Each party has filed the required "Certification of Interested Entities or Persons" as is required by Civil Local Rule 3-16. Neither party has disclosed the existence of any interested entities or persons.

**T.   Such Other Matters As May Facilitate The Just, Speedy and Inexpensive Disposition of this Matter:**

None known.

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94596.3565
925.932.2468

Firmwide:84342180.1 058626.1001         4.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Dated: February 21, 2008

/s/
HARRY M. DECOURCY
LITTLER MENDELSON, P.C.
Attorneys for Defendants
RAMZAN CHAUDHRY AND YASMEEN CHAUDHRY

Dated: February 21, 2008

/s/
THOMAS N. STEWART, III
ATTORNEY AT LAW
Attorney for Plaintiff
MICHAEL FERNANDES

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94596.3565
925.932.2468

Firmwide:84342180.1 058626.1001         5.
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

**CERTIFICATE OF SERVICE BY MAIL**

I am employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Treat Towers, 1255 Treat Boulevard, Suite 600, Walnut Creek, California 94597. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 21, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

in a sealed envelope, postage fully paid, addressed as follows:

Thomas N. Stewart, III, Esq.
369 Blue Oak Lane
Second Floor
Clayton, California 94517

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 21, 2008, at Walnut Creek, California.

/s/
_____
Denisen Hartlove

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT STATUS STATEMENT