THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No. C 07-4488 WHA |
| Plaintiff, | PLAINTIFF'S INITIAL DISCLOSURES |
| v. | |
| RAMZAN CHAUDHRY, YASMEEN CHAUDHRY, | |
| Defendants. _____/ | |

I, Thomas N. Stewart, III certify that to the best of my knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, this disclosure is complete and correct as of the time it is made.

Date: February 29, 2008

S/THOMAS N. STEWART, III
Attorney for Plaintiff

C 07-4488 WHA                    1

## INITIAL DISCLOSURES

**Rule 26(a)(1)(A): the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:**

Plaintiff and Luz Suarez, who can be reached through Plaintiff's counsel.

**Rule 26(a)(1)(B): a copy of , or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:**

Misc. pictures of the path of travel, restroom and store.

**Rule 26(a)(1)(C): a computation or any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

None.

**Rule 26(a)(1)(D): for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

N/A


**End**