MICHAEL E. BREWER, Bar No. 177912
HARRY M. DECOURCY, Bar No. 230516
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Ste. 600
Walnut Creek, CA  94596.3565
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendants
RAMZAN CHAUDHRY; YASMEEN CHAUDHRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>                Plaintiff,<br><br>          v.<br><br>RAMZAN CHAUDHRY; YASMEEN CHAUDHRY,<br><br>                Defendants. | Case No.  C07 4488 WHA<br><br>**DEFENDANTS' DISCLOSURE STATEMENT (FRCP 26)**<br><br>Complaint Filed:  August 29, 2007<br><br>Trial Date:  March 9, 2009 |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants make the following initial disclosures:

Defendants Ramzan Chaudhry and Yasmeen Chaudhry (hereinafter collectively referred to as "Defendants"), by and through their attorneys, Littler Mendelson, P.C., hereby submit their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.  The following disclosures are made based on the information reasonably available to Defendants as of the date that the disclosures are served.  By making these disclosures, Defendants do not represent that they are identifying every witness or document relevant to this lawsuit. The fact that Defendants have provided the following information is not an admission of any fact or a waiver of any defense Defendants may have to the Complaint in this action.  Defendants also do not waive their right to object to production of any document or tangible thing on the basis of any privilege, the work-

product doctrine, relevancy, undue burden or any other valid objection, or its right to object to the introduction into evidence of any such document or tangible thing. Rather, Defendants' disclosures represent a good-faith effort to identify information they reasonably believe may be used to support their defenses to date, as required by Federal Rule of Civil Procedure 26(a)(1).

The disclosures herein are based upon information reasonably available to Defendants at this time. Additional investigation and discovery regarding Plaintiff's claims may reveal other information that may be applicable. Defendants expressly reserve the right to supplement the disclosures made herein in accordance with Federal and local rules.

A.   **Witnesses**

At this time, Defendants are aware of the following individuals who they believe are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

1. Ramzan Chaudhry: Mr. Chaudhry may be contacted through counsel, Littler Mendelson, PC, 1255 Treat Blvd., Ste. 600, Walnut Creek, CA 94597 (925) 932-2468. Mr. Chaudhry is the co-owner of the property that is the subject of this lawsuit, and regularly worked at the subject property during all relevant time periods.

2. Asia Hanif: Ms. Hanif may be contacted through counsel, Littler Mendelson, PC, 1255 Treat Blvd., Ste. 600, Walnut Creek, CA 94597 (925) 932-2468. Ms. Hanif was a regular employee at the property that is the subject of this lawsuit, and regularly worked at the subject property during all relevant time periods.

B.   **Documents**

1. Photographs of the subject property (including photographs of the restroom, parking facilities, sidewalk and entry to the store) that were taken by the parties during the course of the "joint inspection" on February 14, 2008.

2. Current certificates and licenses maintained by the business operated on the subject property, including but not necessarily limited to those issued by the Contra Costa County Department of Health; the State of California Department of Alcoholic Beverage Control; state and

DEFENDANTS' DISCLOSURE STATEMENT

city business licenses; the Contra Costa County Hazardous Material Program; Bay Area Air Quality Management; and the California Department of Weights and Measures.

**C.    Damages**

Defendants are not making any claim for damages against Plaintiff.

**D.    Insurance Agreements**

Not applicable.

Dated: March 7, 2008

/s/
HARRY M. DECOURCY
LITTLER MENDELSON, P.C.
Attorneys for Defendants
RAMZAN CHAUDHRY AND YASMEEN CHAUDHRY

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94596.3565
925.932.2468

3.

DEFENDANTS' DISCLOSURE STATEMENT

## PROOF OF SERVICE BY MAIL

I am employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Treat Towers, 1255 Treat Boulevard, Suite 600, Walnut Creek, California 94597. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 7, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

DEFENDANTS' DISCLOSURE STATEMENT
(FRCP 26)

in a sealed envelope, postage fully paid, addressed as follows:

Thomas N. Stewart, III, Esq.
369 Blue Oak Lane
Second Floor
Clayton, California 94517

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 7, 2008, at Walnut Creek, California.

Denisen Hartlove

Firmwide:84515880.2 058626.1001